1

2

3          UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

4

5    UNITED STATES OF AMERICA,

6                    Plaintiff,                    Case No.  CR00-5095FDB

7            v.                            INITIAL ORDER RE: ALLEGATIONS
                                           OF VIOLATION OF CONDITIONS
8    MICHAEL BERND NEUREITER,              OF SUPERVISION BY UNITED
                                           STATES PROBATION OFFICE
9                    Defendant.

10

11

12   THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging
     that the defendant has violated the conditions of supervision.

13

14   The plaintiff appears through Special/Assistant United States Attorney, DOUGLAS HILL;
     The defendant appears personally and represented by counsel, ROGER HUNKO  ;

15   The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation
     Office; the defendant having been advised of the  maximum potential sanction if the allegation(s) is/are
16   substantiated; and the court finding probable cause with regard to the alleged violation(s);

17   The matter is scheduled for hearing  before the Honorable FRANKLIN D. BURGESS.

18               Date:        MAY 31, 2007

19               Time:        2:00 P.M.

20   (   ) Defendant is released pending the above scheduled hearing.

21   ( X )  Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any
     other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered
22   by the court for further proceedings.    .

23   The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant,
     the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

24                            May 17, 2007.

25

26               _/s/ J. Kelley Arnold_____
                 J. Kelley Arnold, U.S. Magistrate Judge

27

28

ORDER
Page - 1